**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02386-MSK-KMT

SCOTT BEAN, and JOSHUA FERGUSON, individually and on behalf of others similarly situated,

    Plaintiffs,

COLOMEX, INC., doing business as "Taco Bell",

    Defendant.

**JOINT STATUS REPORT**

Plaintiffs Scott Bean and Joshua Ferguson and Defendant Colomex, Inc. (collectively the "Parties"), by and through their undersigned counsel, hereby state as follows:

1. Pursuant to the Court's June 21, 2019, Minute Order [ECF No. 46], Parties participated in mediation on August 15, 2019.

2. The Parties resolved the claims between them and are working to finalize settlement documents.

3. The Parties anticipate filing dismissal documents within forty-five days.

RESPECTFULLY submitted this 19th day of August, 2019.

| BROWN, LLC | Wood, Smith, Henning & Berman LLP |
|---|---|
| */s/: Nicholas Conlon* | */s/: Nick R. Herrick* |
| Nicholas Conlon | Jason H. Klein |
| Jason T. Brown | Nick R. Herrick |
| BROWN, LLC | Wood, Smith, Henning & Berman LLP |
| 111 Town Square Place, Suite 400 | 1805 Shea Center Drive, Suite 200 |
| Jersey City, NJ 07310 | Highlands Ranch, Colorado 80129 |
| 877-561-0000 | 720-479-2500 |
| 855-582-5297 (fax) | 303-471-1855 (fax) |
| nicholasconlon@jtblawgroup.com | jklein@wshblaw.com |
| jtb@jtblawgroup.com | nherrick@wshblaw.com |
| | |
| *Attorneys for Plaintiffs* | Robert W. Hellner |
| | Wood, Smith, Henning & Berman LLP |
| | 901 Main Street, Suite 3670 |
| | Dallas, TX 75202 |
| | (469) 210-2052 |
| | rhellner@wshblaw.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2019, a true and correct copy of the foregoing Joint Status Report was e-filed and/or e-served via CM ECF on the following parties:

Jason T. Brown
Nicholas R. Conlon, Esq.
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
877.561.0000
F: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
*Counsel for Plaintiffs*

                              */s/ Jacqueline Geddes*
                              Jacqueline Geddes